UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

    Plaintiff,

v.

M. LENNOX and B. FORD,

    Defendants.

Case No. 19-10025
Honorable Laurie J. Michelson

**ORDER OF PARTIAL SUMMARY DISMISSAL**

Dwayne Stringer has filed a *pro se* civil rights complaint alleging that he was beaten by a corrections officer at the Macomb Correctional Facility. The Court will summarily dismiss the complaint with respect to Defendant B. Ford because Stringer's complaint fails to state a claim against Ford.

Stringer was granted *in forma pauperis* status under 28 U.S.C. § 1915(a)(1). (ECF No. 6.) Under the Prison Litigation Reform Act (PLRA), the Court is required to *sua sponte* dismiss an *in forma pauperis* complaint before service if it determines that the action is frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); 28 U.S.C. § 1915A(b).

Stringer is an inmate at the Macomb Correctional Facility in New Haven, Michigan. His complaint alleges that Corrections Officer M. Lennox badly beat and choked him causing injuries to his right eye. (ECF No. 1, PageID.6–7.)

But the complaint does not contain any factual allegations concerning named Defendant B. Ford. It is a basic pleading essential that a defendant be given fair notice of the plaintiff's claims. Fed. R. Civ. P. 8(a); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). And in order to state a

claim under 42 U.S.C. § 1983, "a plaintiff must plead that each Government-official defendant, through the official's own individual actions, has violated the Constitution." *Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009). Plaintiff's allegations do not even mention Ford, let alone that he engaged in any unconstitutional behavior. So Defendant B. Ford will be dismissed from this case. *See* 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

    IT IS SO ORDERED.

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE

Date: February 13, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 13, 2019.

                                      s/William Barkholz
                                      Case Manager to
                                      Honorable Laurie J. Michelson